**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     Jason Jenkins v. Occidental Chemical Corporation

Appellate case number:    01-09-01140-CV

Trial court case number:  0773468

Trial court:             295th District Court of Harris County

Date motion filed:        08.15.13

Party filing motion:      Appellee Occidental Chemical Corporation

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Harvey Brown
                            ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown and Huddle.

Justice Keyes dissenting from denial of en banc reconsideration, without opinion.


Date: October 22, 2013